**Nasser Mohammedali KOTADIYA, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–61005
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 14, 2009.

Joseph D. Hardy, John Clifford Cunningham, Thomas Ward Hussey, Director, Blair T. O'Connor, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Mario R. Ortiz, U.S. Im-

migration and Naturalization Service, District Director's Office, San Antonio, TX, for Respondent.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Nasser Mohammedali Kotadiya, a native and citizen of India, petitions this court to review the decision of the Board of Immigration Appeals ("BIA") denying his motion to reconsider the dismissal of an appeal from an Immigration Judge's order denying a motion to suppress and finding Kotadiya removable. Kotadiya argues that his attorney was ineffective for arguing only the suppression issue and failing to request withholding of removal or relief under the Convention Against Torture.

Kotadiya did not raise his claim of ineffective counsel before the BIA. Therefore the issue is unexhausted, and this court lacks jurisdiction to consider it. *See* 8 U.S.C. § 1252(d)(1); *Omari v. Holder*, 562 F.3d 314, 317–19 (5th Cir.2009); *Wang v. Ashcroft*, 260 F.3d 448, 452–53 (5th Cir. 2001). In addition, Kotadiya has abandoned any argument concerning his suppression claim by failing to brief the issue. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir.2003).

Accordingly, the petition for review is DISMISSED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.